IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACK BETTELON,<br><br>        Plaintiff,<br><br>   vs.<br><br>DELUXE EXPRESS INC., an Illinois Corporation doing business in Washington, SERGII MAZUR and JANE DOE MAZUR, husband and wife, and the marital community composed thereof,<br><br>        Defendants. | No: C18-1292 RSM<br><br>ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS AND MODIFYING THE SCHEDULING ORDER DEADLINE TO ADD PARTIES AND AMEND COMPLAINT |

This matter came before the Court on the parties' Stipulated Motion to Stay Proceedings and Modifying the Scheduling Order Deadline to Add Parties and Amend Complaint, noted for April 26, 2019, without oral argument. The Court having reviewed all pleadings filed by the parties related and having considered the pleadings and papers on file herein,

IT IS HEREBY ORDERED:

The Stipulated Motion to Stay Proceedings and Modifying the Scheduling Order Deadline to Add Parties and Amend Complaint is hereby GRANTED.

//

//

ORDER TO STAY PROCEEDINGS AND MODIFY
SCHEDULING ORDER – Page 1

GREANEY SCUDDER LAW FIRM, PLLC
230 Madison Avenue North
Kent, WA 98032
(253) 859-0220 • FAX (253) 859-0440

IT IS FURTHER ORDERED THAT:

The Scheduling Order Deadline to Add Parties and Amend Complaint shall be re-determined after the stay is lifted.

DATED this 19th day of April 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by :

GREANEY SCUDDER LAW FIRM, PLLC

/s/ Karen J. Scudder
Karen J. Scudder, WSBA #35351
203 Madison Avenue
Kent, WA 98032
Tel: 253-859-0220
Fax: 253-859-0440
kscudder@greaneylaw.com

PREG O'DONNELL & GILLETT, PLLC

/s/ Justin Bolster
Justin Bolster, WSBA #38198
901 5th Ave. Ste. 3400
Seattle, WA 98164
Tel: (206) 287-1775
Fax: (206) 287-9113
jbolster@pregodonnell.com

ORDER TO STAY PROCEEDINGS AND MODIFY
SCHEDULING ORDER – Page 2

GREANEY SCUDDER LAW FIRM, PLLC
230 Madison Avenue North
Kent, WA 98032
(253) 859-0220 • FAX (253) 859-0440