IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACK BETTELON,

        Plaintiff,

v.

DELUXE EXPRESS INC., an Illinois Corporation doing business in Washington, SERGII MAZUR and JANE DOE MAZUR, husband and wife, and the marital community composed thereof,

        Defendants.

Defendants.

Defendants.

No. C18-1292 RSM

**ORDER GRANTING INTERVENING PARTY ALLSTATE INSURANCE COMPANY'S MOTION TO WITHDRAW**

THIS MATTER, came on for hearing upon the Motion of Intervening Party Allstate Insurance Company, by and through Rory W. Leid, III, and Cole | Wathen | Leid | Hall P.C., to withdraw Allstate's Intent to Intervene. The Court considered the evidence and arguments of counsel, and was fully advised in the premises.

It is hereby **ORDERED** as follows:

1.     The Motion for Withdrawal of Allstate's Intention to Intervene is GRANTED.

No. 2:18-cv-01292-RSM
**ORDER GRANTING MOTION TO WITHDRAW - 1**

COLE | WATHEN | LEID | HALL, P.C.
303 BATTERY STREET
SEATTLE, WASHINGTON 98121
(206) 622-0494/FAX (206) 587-2476

2. Allstate is hereby removed as a party in this case.

DATED this 7th day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

COLE | WATHEN | LEID | HALL, P.C.

*s/Rory W. Leid, III*
Rory W. Leid, III, WSBA #25075
303 Battery Street
Seattle, WA 98121
T: (206) 622-0494 | F: (206) 587-2476
rleid@cwlhlaw.com
Withdrawing Attorneys for Allstate

No. 2:18-cv-01292-RSM
**ORDER GRANTING MOTION TO WITHDRAW - 2**

COLE | WATHEN | LEID | HALL, P.C.
303 BATTERY STREET
SEATTLE, WASHINGTON 98121
(206) 622-0494/FAX (206) 587-2476